**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Byron T. Ball, Esq. | SBN: 150195<br>THE BALL LAW FIRM<br>100 Wilshire Suite 700  Santa Monica, CA 90401 | |
| TELEPHONE NO.: (310) 980-8039 | FAX NO. | E-MAIL ADDRESS *(Optional):* btb@balllawllp.com | |
| ATTORNEY FOR *(Name):* Plaintiff: FRANZ HAAS, GmbH/srl | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 3470 12TH STREET
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE, CA 91733
BRANCH NAME: CENTRAL DISTRICT - EASTERN DIVISION

| PLAINTIFF: FRANZ HAAS, GmbH/srl | CASE NUMBER: |
|---|---|
| DEFENDANT: WINEBOW INC | 2:24-CV-04431-JLS-SK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

**\*\* BY FAX \*\***

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Certification and Notice of Interested Parties; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges**

3. a. Party served *(specify name of party as shown on documents served):*
   **WINEBOW INC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Daisy Montenegro, Intake Specialist at CT Corporation System - Registered agent for service.**

4. Address where the party was served: **CT Corporation System
   330 N Brand Blvd
   Glendale, CA 91203**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **6/6/2024** (2) at *(time):* **12:30 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/46706**

| PETITIONER: FRANZ HAAS, GmbH/srl | CASE NUMBER: |
|---|---|
| RESPONDENT: WINEBOW INC | 2:24-CV-04431-JLS-SK |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                               (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **WINEBOW INC**
       under the following Code of Civil Procedure section:

       ☑ 416.10 (corporation)                     ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)             ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                 ☐ other:

7. **Person who served papers**
   a. Name: **Daniel Mikulasch - Apex Legal Services**
   b. Address: **611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017**
   c. Telephone number: **(213) 488-1500**
   d. **The fee** for service was: **$ .00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner     ☐ employee     ☑ independent contractor.
         (ii) Registration No.: **2020-059452**
         (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/7/2024**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

_____    ▶    _____
          Daniel Mikulasch
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)