**AKIN GUMP STRAUSS HAUER & FELD LLP**
Hyongsoon Kim (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:  949.885.4100
Fax:  949.885.4101

Attorneys for Defendant
Winebow, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ HAAS GmbH/srl, an Italian Limited Liability Company, authorized to do business as a California LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WINEBOW INC, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04431<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: June 6, 2024<br>Current Response Date:   June 27, 2024<br>New Response Date:  July 1, 2024 |

1  Pursuant to Civil Local Rule 8-3, Plaintiff Franz Haas GmbH/srl Defendant
2  Winebow Inc., by and through their attorneys, hereby stipulate to and agree to extend
3  Defendant's deadline to respond to the Complaint by not more than 30 days, to and
4  including July 1, 2024.

5  **SO STIPULATED.**

7  Dated:  June 19, 2024                    The Ball Law Firm APC

9                                           By:  /s/ Bryon T. Ball
                                                  Byron T. Ball
                                                  Tatev Oganyan

11                                           Attorneys for Plaintiff
                                             Franz Haas GmbH/srl

14  Dated:  June 19, 2024                    AKIN GUMP STRAUSS HAUER & FELD LLP

16                                           By   /s/ Hyongsoon Kim
                                                  Hyongsoon Kim

17                                           Attorneys for Defendant
                                             Winebow, Inc.

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Hyongsoon Kim, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 19, 2024                                 AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Hyongsoon Kim
      Hyongsoon Kim

Attorneys for Defendant
Winebow, Inc.