1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Hyongsoon Kim (SBN 257019)
2  kimh@akingump.com
   4 Park Plaza, Suite 1900
3  Irvine, CA  92614
   Tel:  949.885.4100
4  Fax:  949.885.4101

5

6  Attorneys for Defendant
   Winebow, Inc.

7

8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13

14 | FRANZ HAAS GmbH/srl, an Italian Limited Liability Company, authorized to do business as a California LLC, | Case No. 2:24-cv-04431 |
|---|---|
15 | | **DEFENDANT WINEBOW, INC.'S CORPORATE DISCLOSURE STATEMENT** |
16 | Plaintiff, | |
17 | v. | |
18 | WINEBOW INC, a Delaware corporation, and DOES 1 through 50, inclusive, | |
19 | | |
20 | Defendants. | |

21

22

23

24

25

26

27

28

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Winebow, Inc., a Delaware corporation state that:

1) Winebow, Inc. is a privately held corporation;

2) Winebow is wholly owned by Winebow Holdings, Inc., a privately held Delaware corporation; and

3) No publicly held corporation owns 10% or more of Winebow or Winebow Holdings, Inc.

Dated:  June 19, 2024

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  /s/ Hyongsoon Kim
       Hyongsoon Kim

Attorneys for Defendant Winebow, Inc.